THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>KENNADY WESTON,<br><br>    Defendant. | No. CR18-0136JLR<br><br>ORDER GRANTING<br>CONTINUANCE OF TRIAL DATE |

This matter, having come before the Court on the Motion of defendant Kennady Weston to continue the trial date from October 29, 2018, to January 7, 2019, and the Court having considered the motion and arguments of counsel; and the Court having found that failing to grant this motion would deny the attorney for defendant Kennady Weston the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial, it is hereby:

ORDERED that the trial date herein is continued to January 7, 2019 and the pretrial motions due date is continued to November 21, 2018.

IT IS FURTHER ORDERED that, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C., Section 3161-3174, the period of

PROPOSED ORDER CONTINUING
TRIAL DATE -- 1

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508   FAX (206) 622-9091

delay from October 29, 2018 to January 7, 2019 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED this 14th day of September, 2018.

JAMES L. ROBART
United States District Judge

Presented by:

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Cathy Gormley,PLLC
Seattle, Washington 98104
Phone (206) 624-0508
Fax (206) 622-9091
cathy@cgormleylaw.com

CERTIFICATE OF SERVICE

I, CATHY GORMLEY, hereby certify that on September 14, 2018 ,
I filed this document with the U.S. District Court's Electronic Filing (ECF) system, which will serve a copy by email to all parties.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Cathy Gormley,PLLC
Seattle, Washington 98104
Phone (206) 624-0508
Fax (206) 622-9091
cathy@cgormleylaw.com

PROPOSED ORDER CONTINUING
TRIAL DATE -- 2

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508   FAX (206) 622-9091