THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>KENNADY WESTON,<br><br>Defendant. | No. ~~CR-16-5531-BHS~~ CR18-136 JLR<br><br>(~~PROPOSED~~) ORDER SEALING MOTION TO MODIFY CONDITIONS OF BOND |

This matter having come before the undersigned on the motion of the defendant, Kennady Weston, that she be permitted to file the Motion to Modify Conditions of Bond under seal, and the Court finding that there are compelling reasons to permit the filing of that document under seal, it is hereby

ORDERED that the defendant shall be permitted to file the Motion to Modify Conditions of Bond under seal.

DONE this 7th day of November, 2018

*[signature]*

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER SEALING MOTION- 1
KENNADY WESTON

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508 FAX (206) 622-9091

Respectfully submitted

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Attorney for Kennady Weston
600 1st Avenue #304
Seattle, Washington 98104
(206) 624-0508
cathy@cgormleylaw.com

## CERTIFICATE OF SERVICE

I, Cathy Gormley, certify that on November 5, 2018, I filed a copy of this document with ECF, which will provide copies to the parties via e-mail.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169
Attorney for Kennady Weston
600 1st Avenue #304
Seattle, Washington 98104
(206) 624-0508
cathy@cgormleylaw.com

ORDER SEALING MOTION- 2
KENNADY WESTON

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 622-9091