Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNADY WESTON, <br><br> Defendant. | No. CR18-136RAJ <br><br> MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

Defendant's Appearance Bond executed August 23, 2018 and modified November 14, 2018, is modified to add the following condition:

> Defendant shall comply with alcohol testing, using an alcohol testing device, as directed by the location monitoring specialist. The defendant shall comply with all program requirements and must contribute towards the costs of the services, to the extent they are financially able to do so, as determined by the location monitoring specialist.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 12th day of April, 2019.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1