Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNADY WESTON, <br><br> Defendant. | No. CR18-136RAJ <br><br> MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

Defendant's Appearance Bond entered August 23, 2018, is modified to remove the location monitoring condition.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 21st day of June, 2019.

                                                WILLIAM M. McCOOL,
                                                Clerk of the Court

                                                */s/ Victoria Ericksen*
                                                Deputy Clerk to Hon. Richard A. Jones