The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNADY WESTON,<br><br>Defendant. | NO. CR18-136RAJ<br><br>**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGES BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM** |

On March 7, 2019, the Defendant entered a guilty plea to Count 5 (wire fraud), of an Indictment. Dkt. No. 118. The plea was entered pursuant to a plea agreement. Dkt. No. 120. Subsequent to entry of her guilty plea, Defendant was accepted to participate in the Drug Reentry Alternative Model (DREAM) program. Dkt. No. 122. On March 8, 2019, Defendant executed a contract memorializing her acceptance and participation in the program. Dkt. No. 123.

The DREAM Executive Review Team, including the undersigned United States District Judge, have determined that the Defendant successfully complied with the program requirements set forth in the DREAM contract. Having made this determination, the Court hereby orders that:

    1. Defendant's participation in the DREAM program is terminated;

2. On Defendant's request, her previously entered guilty plea is withdrawn
   pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court
   finding a fair and just reason having been demonstrated by Defendant's
   successful completion of the DREAM program; and

3. On motion of the government under Federal Rule of Criminal Procedure 48(a),
   the criminal charges filed against the Defendant in the above-captioned case
   are dismissed with prejudice with good cause having been shown by
   Defendant's successful completion of the DREAM program.

DATED this 17th day of April 2020.

_Richard A. Jones_

_____

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*UNITED STATES v. WESTON*, CR18-136RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970